# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jontan Revels,<br><br>          Plaintiff<br><br>v.<br><br>Joseph Lombardo,<br><br>          Defendant | Case No. 2:23-cv-01364-CDS-DJA<br><br>**Order Granting Defendant's Motion to Extend Dispositive Motions Deadline**<br><br>[ECF No. 32] |

Defendant Joseph Lombardo seeks to extend the deadline to file a dispositive motion in this case. ECF No. 32. Under the local rules, the court may extend unexpired deadlines upon a showing of good cause. LR 26-3. As indicated in the motion, discovery is closed, and this is Lombardo's first request for an extension of time. *Id.* at 2. Based on the representations of counsel, an extension of time **[ECF No. 32] is granted**. The deadline for dispositive motions is extended to May 28, 2025; so the deadline for the joint proposed pretrial order is extended to June 30, 2025.[1]

Dated:  February 26, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] If dispositive motions are filed, the pretrial order deadline is suspended until thirty days after they are resolved. LR 26-1(b)(5).